I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED 3-15-05

DEPUTY CLERK

DOCKETED ON CM
MAR 17 2005
BY _____ 053

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ✓

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CLAYTON MEROLILLO, <br><br> Petitioner, <br><br> v. <br><br> JAMES YATES, Warden, <br><br> Respondent. | NO. ED CV 05-0197 RGK (FMO) <br><br> ORDER GRANTING ~~PLAINTIFF'S~~ Petitioner's MOTION FOR APPOINTMENT OF COUNSEL AND APPOINTMENT OF COUNSEL |

The court has received petitioner's "Motion and Declaration for Appointment of Counsel" ("Motion"), filed on March 9, 2005. Having reviewed petitioner's Motion, the court is persuaded that the interests of justice require the appointment of counsel in this case. See 28 U.S.C. § 2254(h); 18 U.S.C. § 3006A(2)(B); Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867, 107 S.Ct. 228 (1986).

Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner's "Motion and Declaration for Appointment of Counsel," filed on March 9, 2005, is **granted**.

2. The Federal Public Defender is hereby appointed to represent petitioner in connection with all future proceedings in this matter.

3. The Clerk of Court shall immediately photocopy and mail all documents in the file to Maria Elena Stratton, Federal Public Defender, 321 East 2nd Street, Los Angeles, California



1 | 90012-4202.

2 | Dated this \_\_\_15\_\_\_ day of March, 2005.

3 |

4 | _____
Fernando M. Olguin
United States Magistrate Judge

2