BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
BARRY CARLTON
Supervising Deputy Attorney General
TERESA TORREBLANCA
Deputy Attorney General
State Bar No. 200079
 110 West "A" Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2279
 Fax: (619) 645-2191
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARC CLAYTON MEROLILLO, | No. ED CV 05-0197-RGK (FMO) |
|---|---|
| Petitioner, | [PROPOSED] ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME |
| v. | |
| JAMES YATES, Warden, | |
| Respondent. | |

Good cause having been shown, the Court grants Respondent's application for a 30-day enlargement of time. The Motion to Dismiss shall be due on ~~May 14, 2005~~ May 13, 2005. Alternatively, the Return shall be due on June 15, 2005.

If Respondent files a Motion to Dismiss, Petitioner's Opposition shall be due thirty (30) days from the service date of the Motion. Respondent's Reply must be filed and served no later than twenty (20) days after Petitioner files and services his Opposition.

/////

/////

/////

1

If Respondent files a Return, Petitioner's Reply shall be due August 14, 2005.

Respondent shall serve a copy of this Order on petitioner's counsel.

Dated: April 8, 2005

Presented by:

*Teresa Torreblanca*
Teresa Torreblanca
Deputy Attorney General

4/13/05

*Fernando M. Olguin*
Fernando M. Olguin
United States Magistrate Judge

2

# DECLARATION OF SERVICE

Case Name:   Marc Merolillo v. James Yates          Case No.:EDCV 05-00197 RGK (FMO)

I declare:

I am employed in the County of San Diego, California. I am over 18 years of age and not a party to the within entitled cause; my business address is 110 West "A" Street, Suite 1100, San Diego, California 92101.

On   April 11, 2005   , I served the attached

**[PROPOSED] ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME**

in said cause, by placing a true copy enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General, for deposit in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**Marc Clayton Merolillo, #T-27493**
**Pleasant Valley State Prison**
**P.O. Box 8501**
**Coalinga, CA  93210**

I also caused a true and correct copy of the above document to be deposited in the internal mail collection system at the Office of the Attorney General, for deposit in the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on   April 11, 2005   at San Diego, California.

A. Herrera
(Typed Name)                                    Signature