MARIA E. STRATTON (No. 90986)
Federal Public Defender
MICHAEL TANAKA (No. 85026)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Email: Michael_Tanaka@fd.org
Telephone (213) 894-4140
Facsimile (213) 894-0081

Attorneys for Petitioner
MARC CLAYTON MEROLILLO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CLAYTON MEROLILLO, <br><br> Petitioner, <br><br> v. <br><br> JAMES YATES, Warden, <br><br> Respondent. | NO. ED CV 05-0197-RGK (FMO) <br><br> [Proposed] Order |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that petitioner's Ex Parte Application for an extension of time to file his Reply is GRANTED. The Reply is due for filing by October 13, 2005.

DATED: September 7, 2005

_____
FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
MICHAEL TANAKA
Deputy Federal Public Defender

# Certificate of Service

I, the undersigned, declare: that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California, 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the Ninth Circuit Court of Appeals And the United States District Court for the Central District of California, and at whose direction I served the following:

- [Proposed] Order

On September 7, 2005, following ordinary business practice, service was:

[ ] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ X ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

Teresa Torreblanca
Deputy Attorney General
P. O. Box 85266
San Diego, CA 92186

This proof of service is executed at Los Angeles, California, on September 7, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Marion Felgenhauer*
Marion Felgenhauer