SEAN KENNEDY (Bar No. 1456328)
Acting Federal Public Defender
MICHAEL TANAKA (Bar No. 85026)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4140
Facsimile (213) 894-0081
E-mail: Michael_Tanaka@fd.org

Attorneys for Petitioner
MARC CLAYTON MEROLILLO

FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2006 JUN 27 PM 3: 51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3 ✓
Scan Only ✓

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARC CLAYTON MEROLILLO,

Petitioner,

v.

JAMES YATES, Warden,

Respondent.

NO. ED CV 05-0197 RGK (FMO)

Stipulation and ~~[Proposed]~~ Order Regarding Setting of Status Conference

This Court ordered counsel for the parties to appear for a status conference on July 5, 2006 at 10:00 a.m. Counsel for petitioner is unable to appear on that date due to a previously-scheduled appointment to visit a client at Salinas Valley State Prison. Teresa Torreblanca, counsel for respondent is unable to appear because she is on a pre-planed vacation through July 14, 2006. Counsel for respondent has requested that the status conference be set for August 2006, and counsel for petitioner has no objection. Therefore, the parties stipulate and ask

//

//

DOCKETED ON CM
JUN 28 2006
BY 174

(24)

SCANNED

this Court to order that the status conference referenced in its June 22, 2006 order be set for either August 2, 2006 or August 9, 2006.

IT IS SO STIPULATED

Date: June 27, 2006

Michael Tanaka
Deputy Federal Public Defender
Attorney for Petitioner

Date: June 27, 2006

Gil Gonzalez
Supervising Deputy Attorney General
Attorney for Respondent

IT IS SO ORDERED that counsel for the parties appear for a status conference on August 2, 2006 at 10:00 a.m. in Courtroom F of the Spring Street courthouse.

Date: June 28, 2006

Honorable Fernando M. Olguin
United States Magistrate Judge

this Court to order that the status conference referenced in its June 22, 2006 order be set for either August 2, 2006 or August 9, 2006.

SCANNED

IT IS SO STIPULATED

Date: June 27, 2006

Michael Tanaka
Deputy Federal Public Defender
Attorney for Petitioner

Date: June __, 2006

Gil Gonzalez
Supervising Deputy Attorney General
Attorney for Respondent

IT IS SO ORDERED that counsel for the parties appear for a status conference on August ___, 2006 at 10:00 a.m. in Courtroom F of the Spring Street courthouse.

Date: June ___, 2006

Honorable Fernando M. Olguin
United States Magistrate Judge

**Certificate of Service**

I, the undersigned, declare: that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California, 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the Ninth Circuit Court of Appeals And the United States District Court for the Central District of California, and at whose direction I served the following:

- Stipulation & [Proposed] Order Regarding Setting of Status Conference

On June 27, 2006, following ordinary business practice, service was:

[ ] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ X ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

Teresa Torreblanca
Deputy Attorney General
P. O. Box 85266
San Diego, CA 92101

This proof of service is executed at Los Angeles, California, on June 27, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Marion Felgenhauer
Marion Felgenhauer