FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2007

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CLAYTON MEROLILLO, | NO. ED CV 05-0197 RGK (FMO) |
| Petitioner, | |
| v. | ORDER |
| JAMES YATES, Warden, | |
| Respondent. | |

On August 28, 2006, the court stayed the proceedings pending final action by the California Supreme Court on petitioner's unexhausted claim of ineffective assistance of counsel. On April 25, 2007, the California Supreme Court denied petitioner's petition for writ of habeas corpus raising the ineffective assistance of counsel claim.

Accordingly, IT IS ORDERED THAT the stay of the instant action is hereby **vacated**.

Dated this 31 day of May, 2007.

Fernando M. Olguin
United States Magistrate Judge

DOCKETED ON CM

JUN - 4 2007

BY           010