# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge __Fernando M. Olguin__

From: __Vanessa Delfio__, Deputy Clerk    Date Received: __8/14/2007__

Case No.: __EDCV05-0197 RGK (FMO)__    Case Title: __Metolillo v. Yates__

Document Entitled: __Motion to Amend Petition Previously Filed in This Court__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone and facsimile numbers
- ☑ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 19-1 — Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6 — Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d) — No proof of service attached to document(s)
- ☑ Other: __Proof of Service does not show service on Respondent. Local Rule 83-2.1.1 Petitioner may only communicate with the Court through Counsel. Petitioner's request to Amend the Petition was granted. See Court's Order of 8/10/2007.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__8/15/07__        __F. M. Olguin__
Date              U.S. District Judge / U.S. Magistrate Judge

DOCKETED ON CM
AUG 15 2007
BY ___
174

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES