# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CLAYTON MEROLILLO,<br>　　　　Petitioner,<br>　　v.<br>JAMES YATES, Warden,<br>　　　　Respondent. | NO. ED CV 05-0197 RGK (FMO)<br><br>**ORDER** |

On July 14, 2008, the court received, but did not file, petitioner's "Ex Parte Motion to Dismiss Counsel, and Re-appoint Counsel" ("Motion"). In the Motion, petitioner asserts that he has a conflict with appointed counsel and requests the court to appoint new counsel. (Motion at 1). Having reviewed the Motion, the court finds no grounds for replacing appointed counsel. However, if petitioner desires to proceed without counsel, he should instruct his counsel to file the appropriate substitution documents so that petitioner can proceed pro se and counsel may be allowed to withdraw from the case.

Based on the foregoing, IT IS ORDERED THAT petitioner's "Ex Parte Motion to Dismiss Counsel, and Re-appoint Counsel" is ordered **filed** and is **denied without prejudice**.

Dated this 28 day of August, 2008.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States Magistrate Judge