# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARC CLAYTON MEROLILLO, | ) | NO. ED CV 05-0197 RGK (FMO) |
| Petitioner, | ) | |
| v. | ) | **ORDER FOLLOWING REMAND** |
| JAMES A. YATES, Warden, | ) | |
| Respondent. | ) | |

On March 9, 2005, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254. On November 3, 2008, this Court adopted the Report and Recommendation of the United States Magistrate Judge and entered Judgment dismissing the Petition with prejudice.

Petitioner appealed this decision to the Ninth Circuit Court of Appeals ("Ninth Circuit"), and on December 12, 2011, the Ninth Circuit reversed the Judgment and remanded the matter to this Court "with direction to vacate the murder conviction and issue the writ." Merolillo v. Yates, 663 F.3d 444, 459 (9th Cir. 2011) (Merolillo). The Ninth Circuit filed its mandate on October 1, 2012.

Pursuant to the Ninth Circuit's Mandate and Order, IT IS ORDERED THAT Judgment shall be entered granting the Petition as to petitioner's first degree murder conviction. Petitioner's first degree murder conviction in Riverside County Superior Court Case No. RIF076603 is hereby

vacated. The case is hereby remanded to the Riverside County Superior Court for further action not inconsistent with the Ninth Circuit's <u>Merolillo</u> decision.

Dated: October 12, 2012

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE