# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CLAYTON MEROLILLO, | NO. ED CV 05-0197 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT FOLLOWING REMAND** |
| JAMES A. YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that Judgment shall be entered granting petitioner's Petition for Writ of Habeas Corpus by a Person in State Custody as to petitioner's first degree murder conviction. Petitioner's first degree murder conviction in Riverside County Superior Court Case No. RIF076603 is hereby vacated. The case is hereby remanded to the Riverside County Superior Court for further action not inconsistent with Merolillo v. Yates, 663 F.3d 444 (9th Cir. 2011).

DATED: October 12, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE