1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10

11 MARC CLAYTON MEROLILLO,    )    NO. ED CV 05-0197 RGK (FMO)
12          Petitioner,      )
13          v.          )    **JUDGMENT FOLLOWING REMAND**
14 JAMES A. YATES, Warden,     )
15          Respondent.    )
16 —————————————————)

17      IT IS ADJUDGED that Judgment shall be entered granting petitioner's Petition for Writ of
18 Habeas Corpus by a Person in State Custody as to petitioner's first degree murder conviction.
19 Petitioner's first degree murder conviction in Riverside County Superior Court Case No.
20 RIF076603 is hereby vacated.  The case is hereby remanded to the Riverside County Superior
21 Court for further action not inconsistent with <u>Merolillo v. Yates</u>, 663 F.3d 444 (9th Cir. 2011).
22

23 DATED: October 12, 2012
24                     _____
25                        R. GARY KLAUSNER
                   UNITED STATES DISTRICT JUDGE
26
27
28